UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARIA ESPERANZA VARGAS SANCHEZ,

                Plaintiff,

-against-

STANDARD AMUSEMENTS LLC,

                Defendant.

**ORDER**

24-CV-05681 (PMH)

PHILIP M. HALPERN, United States District Judge:

    Plaintiff initiated this action by filing a complaint on July 26, 2024. (Doc. 1). On August 6, 2024, Plaintiff filed an affidavit of service, indicating service of the summons and complaint was effectuated on Defendant on August 1, 2024 (Doc. 6). There has been no activity on the docket since the filing of the affidavit of service.

    By November 1, 2024, Plaintiff shall comply with this Court's Individual Practices Rule 4(B) for obtaining a default judgment, or file a letter advising the Court why she should not pursue a default judgment against Defendant.

    Failure to strictly comply with this Court's Individual Practices and this Order may result in dismissal of this action in its entirety, without prejudice, for want of prosecution under Federal Rule of Civil procedure 41(b).

SO ORDERED.

Dated: White Plains, New York
        October 1, 2024

                                              _____
                                              Philip M. Halpern
                                              United States District Judge